UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,
ex rel. RELATOR, LLC,

    Plaintiffs,

v.        Case No.: 2:23-cv-102-SPC-KCD

**FILED IN CAMERA
AND UNDER SEAL**

ROLLA HUFF, KEITH BODE,
QUAIL WEST FOUNDATION, INC.,
and DOES 1-10,

    Defendants.
_____/

## ORDER

Before the Court is the Government's Notice of Election to Decline Intervention (Doc. 22) filed on December 2, 2024. Under the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Government declines to intervene and requests that all future filings in the action be provided to it and the seal be lifted. After considering the Government's Notice and applicable law, the Court grants the Government's request.

Accordingly, it is now **ORDERED**:

1. The Government's Notice of Election to Decline Intervention (Doc. 22) is **GRANTED**.

2. If Relator elects to proceed with this action pursuant to 31 U.S.C. § 3730(c)(3), Relator shall serve the complaint on Defendants within 90 days of this Order;

3. The Clerk is directed to lift the seal on the Complaint (S-1), the Government's Notice (Doc. 22), and this Order, which the relators will serve upon Defendants only after service of process has been affected. All other papers filed in this action shall remain sealed.

4. The seal shall be lifted as to all other matters occurring in this action from the date of this Order moving forward.

5. Any party who files or otherwise serves a pleading, motion, notice or other paper in this action shall also serve a copy of such document upon counsel for the United States, as provided for in 31 U.S.C. § 3730(c)(3). As also provided therein, the United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time. *Id.*

6. A copy of all Orders, Notices, and any other papers entered in this case by the Court shall be sent to counsel for the United States.

7. Should the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**ENTERED** in Fort Myers, Florida on December 3, 2024.

*[signature]*
Kyle C. Dudek
United States Magistrate Judge

Copies:  All parties of record